UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **10-cv-2657**

**GREENTREE TRANSPORTATION CO., a Delaware corporation**,
    Plaintiff,

v.

**SPEEDY HEAVY HAULING, INC., a Colorado corporation, and
ENQUEST ENERGY SERVICES CORP., a Canadian corporation**,
    Defendants.

---

ORDER

---

On February 25, 2011, the parties submitted a Proposed Scheduling and Discovery Order (doc. 14) in anticipation of the scheduling conference set for 10:00 a.m. on March 9, 2011. I have reviewed the proposed order, and I am dismayed by the apparent lack of grammatical and syntactical care taken by the parties in the composition and presumptive proofreading of this document. Although I readily acknowledge that I, too, make occasional mistakes, I strive to ensure that all orders and opinions that bear my signature reflect some semblance of care and attention to detail. Accordingly, the Proposed Scheduling and Discovery Order (doc. 14) submitted by the parties is STRICKEN.

The parties shall make a good faith effort to proofread their proposed order, make the necessary changes, and resubmit it in an editable form in advance of the scheduling conference set for March 9, 2011. In an effort to avoid unnecessary work, most (if not all) of the errors to which I refer may be found on pages two through five of the proposed order.

Furthermore, this amended order should include an estimate of the Defendants'

anticipated litigation budget in this matter.  In my experience, settlement negotiations are most often successful when all parties are aware of the potential costs of litigating a matter to its completion.

Dated:  March 3, 2011                                          BY THE COURT:

                                                                                  **/s/ John L. Kane**
                                                                                   SENIOR U.S. DISTRICT JUDGE